Daniel Johnson et al., for use of Nick Speropoulos, appellees, v. John A. Ohlin et al., garnishees, on appeal of John A. Ohlin, appellant. Gen. No. 31,122.

Garnishment proceedings. Judgment against defendant. Appeal from the Municipal Court of Chicago; the Hon. Philip J. Finnegan, Judge,

presiding. Heard in the second division of this court for the first district at the March term, 1926. Reversed and remanded. Opinion filed March 29, 1927.

Lewis, Adler, Lederer & Kahn, for appellant. O'Donnell & Toolen, for appellees.

Mr. Justice Fitch delivered the opinion of the court.